**Opinion issued October 6, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00531-CV

————————————

## IN RE ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY AND LISA GRAVES, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On July 1, 2016, relators Allstate Fire and Casualty Insurance Company and Lisa Graves filed a petition for writ of mandamus, requesting that we compel the trial court to amend its October 23, 2014 order to abate discovery on extra-

contractual and bad faith claims until there has been a full and final resolution of the breach of contract claims in the underlying lawsuit.[*]

Counsel for the real parties in interest has notified that court that the case was tried to a jury, and the trial court entered a final judgment. Relators agree that their petition is moot.

Accordingly, the petition for writ of mandamus is **dismissed as moot**.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.

---

[*]  The underlying case is *Charlene T. Howard and William D. Howard v. Allstate Fire & Casualty Insurance Company and Lisa Graves*, cause number 14-DCV-215228, pending in the 434th District Court of Fort Bend County, Texas, the Honorable James H. Shoemake presiding.